

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00021-CR
## No. 10-22-00050-CR

## EX PARTE EMILY ANN SHEPHERD

**Original Proceedings**

**From the County Court**
**Robertson County, Texas**
**Trial Court Nos. 20-2-CR and 20-11-CV**

## MEMORANDUM OPINION

In these proceedings, Emily Ann Shepherd, acting *pro se*, has filed documents that we have construed as original applications for a writ of habeas corpus. The courts of appeals, however, have no original habeas-corpus jurisdiction in criminal matters. *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, orig. proceeding).

On January 31, 2022, the Clerk of this Court sent Shepherd a letter in the proceeding assigned Cause No. 10-22-00021-CR to notify Shepherd that the Court may dismiss the proceeding unless, within fourteen days of the date of the letter, Shepherd showed grounds for continuing the proceeding. Shepherd responded, but she has shown

no grounds for continuing these proceedings. Accordingly, these proceedings are dismissed for want of jurisdiction.[1]

Shepherd's "Motion for Rehearing," filed on February 17, 2022; her "Motion to Set Amount Required to Supersede Judgment," filed on March 1, 2022; and her "Motion to Extend Time to File Appellant's Brief," filed on March 14, 2022, are dismissed as moot.[2]


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed March 23, 2022
Do not publish
[OT06]



---

[1] Court of Appeals No. 10-22-00046-CR—Shepherd's appeal from the trial court's "Order Dismissing Defendant's Application for Writ of Habeas Corpus," signed on or about February 4, 2022, in Trial Court Case No. 22-01-CV—and Court of Appeals No. 10-22-00068-CR—Shepherd's appeal from the trial court's "Order Dismissing Defendant's Application for Writ of Habeas Corpus," signed on or about January 26, 2022, in Trial Court Case No. 22-11-CV—remain pending.

[2] Shepherd's "Motion for Rehearing" was filed before any opinion had issued. Shepherd apparently filed the motion in response to the Clerk of the Court's January 31, 2022 letter to Shepherd notifying her of the Court's intent to dismiss.